**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RONALD DANDAR, | : | No. 90 WM 2016 |
| Petitioner | : | |
| v. | : | |
| ERIE COUNTY CLERK OF RECORDS, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Application for Relief are **DENIED**.